IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARST STATIONS INC., d/b/a WCVB-TV,<br><br>   Plaintiff,<br><br>v.<br><br>AEREO, INC.,<br><br>   Defendant. | C.A. No. 1:13-CV-11649-NMG |

**JOINT MOTION FOR LEAVE TO REPLY**

  Pursuant to Local Rule 7.1(b)(3), Plaintiff Hearst Stations Inc., d/b/a WCVB-TV, ("WCVB") and Defendant Aereo, Inc., ("Aereo") jointly submit this Motion for Leave to Reply (the "Motion").  WCVB seeks leave to submit a reply in further support of its Motion for a Preliminary Injunction (D. No. 4), and Aereo seeks leave to submit a reply in further support of its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (D. No. 20).  The parties respectfully request that the Court issue an order requiring that the parties file their replies by August 23, 2013.  The Court has requested that WCVB limit its reply in further support of its Motion for a Preliminary Injunction (D. No. 4) to 10 pages and Aereo limit its replies in further support of its Motion to Transfer (D. No. 20) and Motion to Stay (D. No. 24) to five pages each.  As Aereo seeks leave to reply only to its Motion to Transfer (D. No. 20), WCVB assents to a limit of 10 pages for Aereo's single reply.  Thus, WCVB and Aereo each request leave to file a reply not to exceed 10 pages.

  As grounds for this Motion, the parties believe that the replies would be helpful to the Court in addressing certain points raised in the recently-filed oppositions.  The parties will limit the substance of their replies to only issues raised in each party's respective opening brief or the

opposing party's opposition brief.  An order granting this Motion will not impact the timing of the upcoming hearing on the motions, which is scheduled for September 12, 2013.

WHEREFORE, WCVB and Aereo respectfully request that the Court grant their Joint Motion for Leave to Reply and permit the parties to file replies for docket numbers 4 and 20 by August 23, 2013.

Dated:  August 20, 2013                         Respectfully submitted,


/s/ James D. Smeallie
James D. Smeallie (BBO #467380)
Joshua C. Krumholz (BBO #552573)
Brian G. Leary (BBO #548386)
Elizabeth M. Mitchell (BBO #638146)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile:  (617) 523-6850
Email:     jd.smeallie@hklaw.com
           joshua.krumholz@hklaw.com
           brian.leary@hklaw.com
           elizabeth.mitchell@hklaw.com

*Attorneys for Plaintiff Hearst Stations Inc., d/b/a WCVB-TV*


/s/ Frank E. Scherkenbach
FISH & RICHARDSON P.C.
Frank E. Scherkenbach (BBO # 653819)
Christopher Dillon (BBO # 640896)
R. David Hosp (BBO # 634091)
Mark S. Puzella (BBO # 644850)
Matthew C. Berntsen (BBO # 678533)
Sheryl Koval Garko (BBO # 657735)
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906
Email:     scherkenbach@fr.com
           dillon@fr.com

        hosp@fr.com
        puzella@fr.com
        berntsen@fr.com
        garko@fr.com

Tal Kedem (admitted *pro hac vice*)
Elizabeth Brenckman (admitted *pro hac vice*)
601 Lexington Avenue, Floor 52
New York, NY 10022
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email:    kedem@fr.com
        brenckman@fr.com

*Attorneys for Defendant Aereo, Inc.*

IT IS HEREBY ORDERED:

_____
Honorable Nathaniel M. Gorton
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 20, 2013.

*/s/ James D. Smeallie*
James D. Smeallie

#25478132_v1