# EXHIBIT A

(ORDER LIST: 571 U.S.)

FRIDAY, JANUARY 10, 2014

ORDERS IN PENDING CASES

11-681     HARRIS, PAMELA, ET AL. V. QUINN, GOV. OF IL, ET AL.

12-1315    PETRELLA, PAULA V. MGM, INC., ET AL.

12-9490    NAVARETTE, LORENZO P., ET AL. V. CALIFORNIA

The motions of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument are granted.

CERTIORARI GRANTED

12-761     POM WONDERFUL LLC V. COCA-COLA COMPANY

The petition for a writ of certiorari is granted. Justice Breyer and Justice Alito took no part in the consideration or decision of this petition.

12-786     LIMELIGHT NETWORKS, INC. V. AKAMAI TECHNOLOGIES, ET AL.

The petition for a writ of certiorari is granted. Justice Alito took no part in the consideration or decision of this petition.

12-842     ARGENTINA V. NML CAPITAL, LTD.

13-193     SUSAN B. ANTHONY LIST, ET AL. V. STEVEN DRIEHAUS, ET AL.

13-301     UNITED STATES V. CLARKE, MICHAEL, ET AL.

13-339     CTS CORPORATION V. WALDBERGER, PETER, ET AL.

13-369     NAUTILUS, INC. V. BIOSIG INSTRUMENTS, INC.

The petitions for writs of certiorari are granted.

13-461     ABC, INC., ET AL. V. AEREO, INC.

The petition for a writ of certiorari is granted. Justice

Alito took no part in the consideration or decision of this petition.

2