## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEARST STATIONS INC., d/b/a WCVB-TV,<br><br>Plaintiff,<br><br>v.<br><br>AEREO, INC.,<br><br>Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>C.A. No. 1:13-cv-11649 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice and without costs, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

HEARST STATIONS INC., d/b/a WCVB-TV

By its attorneys,

*/s/ James D. Smeallie*
HOLLAND & KNIGHT LLP
James D. Smeallie (BBO #467380)
Joshua C. Krumholz (BBO #552573)
Brian G. Leary (BBO #548386)
Elizabeth M. Mitchell (BBO #638146)
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
Email:    jd.smeallie@hklaw.com
          joshua.krumholz@hklaw.com
          brian.leary@hklaw.com
          elizabeth.mitchell@hklaw.com

*Attorneys for Plaintiff Hearst Stations Inc.*

AEREO, INC.

By its attorneys,

*/s/ R. David Hosp*
FISH & RICHARDSON P.C.
Christopher Dillon (Bar No. 640896)
R. David Hosp (Bar No. 634091)
Mark S. Puzella (Bar No. 644850)
Sheryl Koval Garko (BBO #657735)
Matthew C. Berntsen (BBO #678533)
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email:    dillon@fr.com
          hosp@fr.com
          puzella@fr.com
          garko@fr.com
          berntsen@fr.com

Tal Kedem (*pro hac vice*)
Elizabeth Brenckman (*pro hac vice*)
601 Lexington Avenue, Floor 52
New York, NY 10022
Telephone:    (212) 765-5070
Facsimile:    (212) 258-2291
Email:        kedem@fr.com
              brenckman@fr.com

*Attorneys for Defendant Aereo, Inc.*

Dated:  August 6, 2014                         Dated:  August 6, 2014

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of August 2014, this document was filed through the Electronic Case Filing system and that copies will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ James D. Smeallie*